FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREE TOP, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>         v.<br><br>STARR INDEMNITY AND LIABILITY CO., a foreign insurance corporation,<br><br>                Defendant. | No. 1:15-CV-03155-SMJ<br><br>**ORDER HOLDING THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT IN ABEYANCE AND SETTING BRIEFING SCHEDULE** |

On July 12, 2017, the Court heard oral argument on the parties' cross-motions for summary judgment. ECF No. 36. At this hearing, Plaintiff raised a new argument regarding Defendant's "fortuity" or "known-loss" defense. Plaintiff argues that if the Court applies the defense here, it would break new ground by extending the known-loss defense to a class of insurance policies to which the defense has not applied before. Since the parties have not briefed the issue, the Court **ORDERS** the parties to address: (1) whether applying the known-loss defense here would in fact extend it to a new category of insurance policies—claims based policies—to which Washington courts have not previously

ORDER **-** 1

applied the defense; and (2) whether this Court should certify this issue to the Washington State Supreme Court.

The Court further **SETS** the following briefing schedule. Plaintiff, as the party who raised the issue, shall file a brief **no longer than 10 pages** addressing the two questions above **no later than August 3, 2017**. Defendant shall file a response **no longer than 10 pages no later than August 24, 2017**. Plaintiff shall then file a reply, if any, **no longer than 5 pages no later than September 7, 2017**.

Finally, the Court will hold the cross-motions for summary judgment, ECF Nos. 22 and 25, in **ABEYANCE** until the issue discussed in this order is resolved.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff shall file a brief **no longer than 10 pages** addressing the two questions above **no later than August 3, 2017**
2. Defendant shall file a response **no longer than 10 pages no later than August 24, 2017**.
3. Plaintiff shall then file a reply, if any, **no longer than 5 pages no later than September 7, 2017**.
4. Defendant Starr Indemnity & Liability Company's Motion for Summary Judgment, ECF No. 22, is held in **ABEYANCE** until otherwise ordered by this Court.

**5.** Plaintiff's Response to Defendant Starr Indemnity & Liability Company's Motion for Summary Judgment and Cross-Motion for Summary Judgment, ECF No. 25, is held in **ABEYANCE** until otherwise ordered by this Court.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of July 2017.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3