FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREE TOP, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STARR INDEMNITY & LIABILITY COMPANY, a foreign insurance corporation,<br><br>　　　　　　　　Defendant. | No.　1:15-CV-03155-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 8, 2018, the parties filed a stipulated dismissal, ECF No. 56. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

　　**1.**　The parties' Stipulation and Order of Dismissal with Prejudice of All Claims, **ECF No. 56**, is **GRANTED.**

　　**2.**　All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

　　**3.**　All pending motions are **DENIED AS MOOT.**

　　**4.**　All hearings and other deadlines are **STRICKEN.**

　　**5.**　The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

1  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order

2  and provide copies to all counsel.

3  **DATED** this 9th day of January 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge